# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No.  13-183 (JRT/LIB) |
| v. ) | |
| ) | |
| GREGORY JOSEPH JAUNICH, ) | |
| ) | |
| Defendant. ) | |
| _____ | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No.  07-328(PAM/JSM) |
| v. ) | |
| ) | |
| GREGORY JOSEPH JAUNICH, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: July 17, 2013                     Respectfully submitted,

                                         B. TODD JONES
                                         United States Attorney


                                          s/ Kimberly A. Svendsen
                                         BY:  KIMBERLY A. SVENDSEN
                                         Assistant United States Attorney
                                         Attorney ID No. 235785CA